# **EXHIBIT 1**

(Jared More Decl. regarding IRS Forms 940/941)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA,    )
           Petitioner,      )
                      )
       V.             )     Misc. No.
                      )
DAN BROWN IN THE MATTER OF GRAVELWOOD FARM INC,  )
           Respondent.    )

### DECLARATION OF REVENUE OFFICER

      I, Jared More, declare:

      1.     I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service at 202 Harlow St, Suite 20300, Bangor, ME 04401. I make this declaration based on personal knowledge or information provided to me in the course of my employment.

      2.     In my capacity as a Revenue Officer, I am conducting an investigation for collection of the tax liability of Dan Brown in the matter of GravelWood Farm Inc for the period(s) ending 940 for 12/31/2015, 12/31/2016, 12/31/2017, 12/31/2019, 12/31/2020 & 941 for 03/31/2021, 06/30/2021, 09/30/2021, 12/31/2021, 06/30/2022, 09/30/2022, 03/31/2023.

      3.     In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on October 24, 2023, an administrative summons to Dan Brown in the matter of GravelWood Farm Inc to give testimony and to produce documents as described in same summons. The summons is attached to the petition as Exhibit A.

      4.     In accordance with 26 U.S.C. § 7603, on October 26, 2023, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, Dan Brown in the matter of GravelWood Farm Inc, by handing a copy of the summons to the person to whom it was directed, as evident in the certificate of service on the reverse side of the summons.

      5.     On November 29, 2023, Dan Brown in the matter of GravelWood Farm Inc failed to comply with the summons. The respondent's refusal to comply with the summons continues to the date of this Declaration.

6.     The books, papers, records or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7.     All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8.     It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to complete a Collection Information Statement concerning the federal tax liability of Dan Brown in the matter of GravelWood Farm Inc for the period(s) ending 940 for 12/31/2015, 12/31/2016, 12/31/2017, 12/31/2019, 12/31/2020 & 941 for 03/31/2021, 06/30/2021, 09/30/2021, 12/31/2021, 06/30/2022, 09/30/2022, 03/31/2023.

9.     No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to Dan Brown in the matter of GravelWood Farm Inc for the years under investigation.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___28th___ day of ___February___, 2024

_____
Jared More
Revenue Officer #45247

# EXHIBIT 1-A

(Summons for IRS Forms 940/941)

# Summons

In the matter of __GRAVELWOOD FARM INC, 40 GRAVELWOOD FARM LN, BLUE HILL, ME 04614-5506__

Internal Revenue Service *(Identify Division)* __SMALL BUSINESS/SELF EMPLOYED__

Industry/Area *(Identify by number or name)* __Small Business / Self Employed__

Periods:__See Attachment 1 to Summons Form 2039 for Period Information__

## The Commissioner of Internal Revenue

**To:** __DAN BROWN__

**At:** __172 ELLSWORTH RD, BLUE HILL, ME 04614__

You are hereby summoned and required to appear before__JARED B MORE__, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the taxpayer identified above for the periods shown.

All documents in your possession and control reflecting the assets and liabilities of the above named taxpayer(s) including, but not limited to, the following: all bank statements, checkbooks, canceled checks, savings account passbooks, and records of certificates of deposit, for the period January 1, 2022 to September 30, 2023 , regarding accounts or assets held in the name of the taxpayer(s) or held for the benefit of the taxpayer(s); all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by the taxpayer(s), or in which the taxpayer(s) have a security interest, or held for the benefit of either or both of the taxpayer(s), so that a current Collection Information Statement may be prepared.A blank copy of such Collection Information Statement is attached hereto to guide you in the production of the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
 __202 HARLOW ST, SUITE 20300, BANGOR, ME 04401-4908  (207) 249-7278__

**Place and time for appearance: At** __202 HARLOW ST, SUITE 20300, BANGOR, ME 04401-4908__

on the __29th__ day of__November__ , __2023__ at __9:00__ o'clock __am__.

| **Issued under authority of the Internal Revenue Code this** __24th__ **day of  October** , __2023__ | |
|---|---|
| Signature of issuing officer  **JARED B MORE** | Title  **REVENUE OFFICER** |
| Signature of approving officer *(if applicable)* | Title |

Form **2039** (Rev. 3-2020)   Catalog Number 21405J   publish.no.irs.gov   Department of the Treasury – **Internal Revenue Service**
**Original** -- to be kept by IRS

## Attachment  1 to Summons Form  2039

In the matter of  **GRAVELWOOD FARM INC** _____

Period information:
  Form 940 for the calendar periods ending December 31, 2015, December 31, 2016, December 31, 2017, December 31, 2019 and December 31, 2020 and Form 941 for the quarterly periods ending March 31, 2021, June 30, 2021, September 30, 2021, December 31, 2021, June 30, 2022, September 30, 2022 and March 31, 2023

# Certificate of Service of Summons
## (Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| October 26, 2023 | 10:30am |

### How Summons Was Served

☒ 1. I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed

☐ 2. I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*_____

☐ 3. I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address_____

☐ 4. I certify that I served a copy of the summons, which contained the attestation required by § 7603, by a method not listed above that is in conformity with established IRS procedures to the person to whom it was directed and with the consent of the witness, *(e.g. facsimile transmission)*

| Signature | Title |
|---|---|
| | Revenue Officer |

5. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses that are excepted from the third-party notice requirement of IRC Section 7609.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 6639) to the person named below on the date and in the manner indicated.

| Date of giving notice | Time |
|---|---|
| | |

Name of noticee

Address of noticee *(if mailed)*

### How Notice Was Given

☐ I gave notice by certified or registered mail to the last known address of the noticee

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person *(if any)*

☐ I gave notice by handing it to the noticee

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned

☒ No notice required

| Signature | Title |
|---|---|
| | Revenue Officer |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

Form 2039 (Rev. 3-2020)    Catalog No. 21405J    publish.no.irs.gov    Department of the Treasury – Internal Revenue Service