# EXHIBIT 2

(Jared More Decl. regarding IRS Forms 1120)

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br><br>V.<br><br>DAN BROWN IN THE MATTER OF GRAVELWOOD FARM INC,<br>Respondent. | )<br>)<br>)<br>) MISC. No.<br>)<br>)<br>) |

## DECLARATION OF REVENUE OFFICER

I, Jared More, declare:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service at 202 Harlow St, Suite 20300, Bangor, ME 04401. I make this declaration based on personal knowledge or information provided to me in the course of my employment.

2. In my capacity as a Revenue Officer, I am conducting an investigation to determine the tax liability of Dan Brown in the matter of Gravelwood Farm Inc for the period(s) ending December 31, 2017, December 31, 2019. December 31, 2020, December 31, 2021, and December 31, 2022.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on October 24, 2023, an administrative summons to Dan Brown in the matter of Gravelwood Farm Inc to give testimony and to produce documents as described in same summons. The summons is attached to the petition as Exhibit A.

4. In accordance with 26 U.S.C. § 7603, on October 26, 2023, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, Dan Brown in the matter of Gravelwood Farm Inc, by handing a copy of the summons to the person to whom it was directed, as evident in the certificate of service on the reverse side of the summons.

5. On November 29, 2023, Dan Brown in the matter of Gravelwood Farm Inc failed to comply with the summons. The respondent's refusal to comply with the summons continues to the date of this Declaration.

6. The books, papers, records or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the federal tax liability of Dan Brown in the matter of Gravelwood Farm Inc for the period(s) ending December 31, 2017, December 31, 2019. December 31, 2020, December 31, 2021, and December 31, 2022.

9. No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to Dan Brown in the matter of Gravelwood Farm Inc for the years under investigation.

I declare under the penalty of perjury that the foregoing is true and correct.
Executed this 28th day of February, 2024.

Jared More
Revenue Officer                    #45247

# EXHIBIT 2-A

(Summons regarding IRS Forms 1120)

# Summons

In the matter of  GRAVELWOOD FARM INC, 40 GRAVELWOOD FARM LN, BLUE HILL, ME 04614-5506
Internal Revenue Service (Identify Division)  SMALL BUSINESS/SELF EMPLOYED
Industry/Area (Identify by number or name)  Small Business / Self Employed
Periods:  See Attachment 1 to Summons Form 2039 for Period Information

**The Commissioner of Internal Revenue**

**To:** DAN BROWN

**At:** 172 ELLSWORTH RD, BLUE HILL, ME 04614

You are hereby summoned and required to appear before JARED B MORE, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the taxpayer identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by the above name corporation for the year(s) 2017, 2019, 2020, 2021 and 2022, including but not limited to statements of receipts and sales for the year(s) ended 2017, 2019, 2020, 2021 and 2022, and records of deposits to bank accounts during the year(s) ended 2017, 2019, 2020, 2021 and 2022. Any and all other books, records, documents and receipts regarding income and any other compensation for services (including the receipt of property other than money), income derived from corporate operations, gains from dealings in property, interest, rental, royalty, and dividend income so that the liability for U.S. Income Tax Return for an S Corporation (Form 1120S) for the calendar or fiscal year(s) ended 2017, 2019, 2020, 2021 and 2022 (for which years no return have been made) may be determined.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
202 HARLOW ST, SUITE 20300, BANGOR ME 04401-4908 (207) 249-7278

Place and time for appearance: At  202 HARLOW ST, SUITE 20300, BANGOR, ME 04401-4908

on the  29th  day of  November ,  2023  at  9:00  o'clock  am.

Issued under authority of the Internal Revenue Code this  24th  day of  October , 2023

Signature of issuing officer | Title
**JARED B MORE** | **REVENUE OFFICER**

Signature of approving officer (if applicable) | Title

Form **2039** (Rev. 3-2020)  Catalog Number 21405J  publish.no.irs.gov  Department of the Treasury – Internal Revenue Service
Original -- to be kept by IRS

# Attachment 1 to Summons Form 2039

In the matter of **GRAVELWOOD FARM INC**

Period information:
 Form 1120 for the fiscal periods ending December 31, 2017, December 31, 2019, December 31, 2020, December 31, 2021 and December 31, 2022

# Certificate of Service of Summons
(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: October 26 2023　　Time: 10:30am

## How Summons Was Served

- [x] 1. I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed
- [ ] 2. I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)* _____
- [ ] 3. I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address _____
- [ ] 4. I certify that I served a copy of the summons, which contained the attestation required by § 7603, by a method not listed above that is in conformity with established IRS procedures to the person to whom it was directed and with the consent of the witness, *(e.g. facsimile transmission)*

Signature: [signed]　　Title: Revenue Officer

5. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses that are excepted from the third-party notice requirement of IRC Section 7609.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 6639) to the person named below on the date and in the manner indicated.

Date of giving notice: 　　Time: 

Name of noticee: 

Address of noticee *(if mailed)*: 

## How Notice Was Given

- [ ] I gave notice by certified or registered mail to the last known address of the noticee
- [ ] I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person *(if any)*
- [ ] I gave notice by handing it to the noticee
- [ ] In the absence of a last known address of the noticee, I left the notice with the person summoned
- [x] No notice required

Signature: [signed]　　Title: Revenue Officer

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: 　　Title: 

Form **2039** (Rev. 3-2020)　Catalog No. 21405J　publish.no.irs.gov　Department of the Treasury – Internal Revenue Service